THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sylvester Batts,       
Appellant,
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-643
Submitted August 20, 2003  Filed November 
 4, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender, Tara S. Taggart, 
 Office of Appellate Defense, of Columbia, for Appellant.
Deputy Director for Legal Services 
 Teresa A. Knox, Legal Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin 
 Aplin, S.C. Dept. of Probation, Parole & Pardon Services, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Sylvester Batts appeals from 
 his probation revocation, arguing that the trial court abused its discretion 
 by acting arbitrarily and capriciously in revoking Battss probation.  Battss 
 counsel attached to the brief a petition to be relieved as counsel, stating 
 that she had reviewed the record and concluded this appeal lacks merit.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Battss appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., ANDERSON, J., and CURETON, A.J., 
 concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.